UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Lorenzo Townsend, #201112,              )<br>                    Plaintiff,    )<br>                                         )<br>-v-                                      )<br>                                         )<br>Margaret Ouellette, *et al.,*           )<br>                    Defendants.   )<br>                                         ) | No. 1:17-cv-935<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 25, 2019                              /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge